IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLIE EDWARDS,

        Plaintiff,                    No. CIV S-06-2047 LKK KJM P

    vs.

TOM L. CAREY, Warden, et al.,

        Defendants.            <u>ORDER</u>

                                  /

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has paid a partial filing fee of $150.00. The filing fee for a prisoner civil rights action currently is $350.00. <u>See</u> 28 U.S.C. §§ 1914(a), 1915(a). Plaintiff will be provided the opportunity either to submit the appropriate affidavit in support of a request to proceed in forma pauperis or to submit the $200.00 balance due.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Plaintiff shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court, or the $200.00 balance due for the filing fee for this action. Plaintiff's failure to comply with this order will result in the dismissal of this action; and

/////

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

DATED: November 15, 2006.

_____
U.S. MAGISTRATE JUDGE

1/mp
edwa2047.3a(1)

2